Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman & Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ALBERT & SON (USA) INC. and RAYMOND D. MANZAREK, JOHN PAUL DENSMORE, ROBERT A. KRIEGER, COLUMBUS B. COURSON, PEARL M. COURSON, GEORGE S. MORRISON, CLARA MORRISON dba DOORS MUSIC COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ERNESTO VERA,<br><br>　　　　　　Defendants. | Case No. 1:06-CV-00605-OWW-DLB<br><br>**STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs J. Albert & Son (USA), Inc., Raymond D. Manzarek, John Paul Densmore, Robert A. Krieger, Columbus B. Courson, Pearl M. Courson, George S. Morrison, and Clara Morrison dba Doors Music Company (hereinafter "Plaintiffs") and Ernesto Vera (hereinafter "Defendant") as follows:

　　　1.　　Defendant stipulates that Defendant shall pay to ASCAP, on behalf of Plaintiffs, the sum of Nine Thousand Dollars ($9,000.00) in settlement of certain claims of ASCAP and its members.  Payment of the settlement amount is to be made by an initial payment of Two

PDF created with pdfFactory trial version www.pdffactory.com

Thousand Dollars ($2,000.00) concurrently with execution of this Stipulation and seven subsequent payments of One Thousand Dollars ($1,000.00) on the following dates:  September 15, 2006; November 1, 2006; December 15, 2006; February 1, 2007; March 15, 2007; May 1, 2007; and June 15, 2007.

2. This Stipulation is in settlement of all claims and causes of action by Plaintiffs against Defendant for infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through July 15, 2005.  Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendant a license agreement for the establishment known as Club Fred in Fresno, California, which will cover the one-year period commencing January 1, 2006.  Defendant shall accept and execute said license agreement and comply with all terms and conditions of that license agreement.  License fees due under such license agreement for the year 2005 are included in the settlement amount referred to above.

4. Failure of Defendant to make the payments as set forth in Paragraph 1 above will constitute a default of Defendant's obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

5. In the event of any default or other occurrence upon which judgment may be entered, as set forth above, and upon seven days' written notice from ASCAP to Defendant's

PDF created with pdfFactory trial version www.pdffactory.com

attorney, judgment shall be entered against Defendant in the amount of Nine Thousand Dollars ($9,000.00) less the amount of any payment made by Defendant pursuant to paragraph 1 above.

6. This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED**.

**Defendant:**

Dated: _____          _____
                                ERNESTO VERA

**Plaintiffs:**

J. ALBERT & SON (USA) INC., *et al.*

Dated: _____     By: _____
                                RICHARD H. REIMER
                                Senior Vice-President, Legal Services
                                American Society of Composers, Authors
                                and Publishers

**[Signatures continue on next page.]**

PDF created with pdfFactory trial version www.pdffactory.com

**APPROVED AS TO FORM:**

Dated:  August 16, 2006                     Goldsberry, Freeman & Guzman, LLP


By:  /s/  Forrest Plant, Jr.
    FORREST PLANT, JR.
    Attorneys for Plaintiffs

Dated:  August 9, 2006.                     Baker, Manock & Jensen


By:  /s/  Gary N. Lento
    GARY N. LENTO
    Attorneys for Defendant


**IT IS SO ORDERED.**


Dated:   August 31, 2006                     /s/ OLIVER W. WANGER
    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com